THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL BROWN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SWAGWAY, LLC, and MODELL'S SPORTING GOODS, INC.,<br><br>　　　　　　　Defendants. | **NOTICE OF MOTION TO: (1) DISMISS THE COMPLAINT PURSUANT TO FRCP 23 OR, IN THE ALTNERNATIVE, STRIKE THE CLASS ALLEGATIONS PURSUANT TO FRCP 12(f) AND 23(d)(1)(D); (2) DISMISS THE COMPLAINT PURSUANT TO FRCP 9(b) AND 12(b)(2) AND (6); (3) DISMISS THE COMPLAINT PURSUANT TO FRCP 12(b)(3) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404 AND *FORUM NON COVENIENS*; OR (4) REQUIRE A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)**<br><br>Civil Action No. 3:15-cv-588<br><br>Class Action<br><br>(ORAL ARGUMENT REQUESTED) |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Scott Haworth, dated the 29th day of February, 2016, along with the exhibits attached thereto, the accompanying Memorandum of Law, and upon all the pleadings and proceedings heretofore had herein, defendant Modell's Sporting Goods, Inc. ("Modell's") by its counsel, HAWORTH COLEMAN & GERSTMAN, LLC will move this Court, before the Honorable Rudy Lozano, United States

District Judge, at the United States District Court, Northern District of Indiana, located at 5400 Federal Plaza, Suite 4300, Hammond, Indiana, 46320, on a date and time to be determined by the Court, for an Order granting the following relief:

(i) Dismissing the Complaint in its entirety pursuant to Fed. R. Civ. P. 23, or in the alternative, striking the class allegations pursuant to Fed. R. Civ. P. 12(f) and 23(d)(1)(D);

(ii) Dismissing the claims for injunctive relief pursuant to Fed. R. Civ. P. 12(b)(6);

(iii) Dismissing the Complaint for failure to satisfy the pleading requirements of Fed. R. Civ. P. 9(b);

(iv) Dismissing the Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2); and

(v) Dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(3), as venue is improper; or in the alternative, transferring venue to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404 and the doctrine of *forum non conveniens*; or

(vi) Requiring plaintiff to provide a more definite statement as to all causes of action against Modell's pursuant to Fed. R. Civ. P. 12(e).

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: New York, New York
February 29, 2016

                                         HAWORTH COLEMAN & GERSTMAN, LLC

                                         _____
                                         By:   Scott Haworth, Esq.
                                         Abigail Rossman, Esq.
                                         Counsel for Defendant
                                         MODELL'S SPORTING GOODS, INC.
                                         45 Broadway, 21st Floor
                                         New York, New York 10006
                                         Telephone: (212) 952-1100
                                         Facsimile: (212) 952-1110
                                         scott.haworth@hcglawfirm.com
                                         abigail.rossman@hcglawfirm.com

                                         /s/ William K. McVisk
                                         Local Counsel for Defendant
                                         MODELL'S SPORTING GOODS, INC.
                                         Johnson & Bell Ltd
                                         33 West Monroe Street, Suite 2700
                                         Chicago, Illinois 60603-5404
                                         Telephone: (312) 372-0770
                                         Facsimile: (312) 372-9818
                                         mcviskw@jbltd.com

TO: (via ECF)

Irwin B. Levin, Esq.
Richard E. Shevitz, Esq.
Vess A. Miller, Esq.
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com
Counsel for Plaintiff
Michael Brown

Jeffrey A. Klafter, PHV
Seth R. Lesser, PHV
Fran L. Rudich, PHV
Michael H. Reed, Esq.
Klafter Olsen & Lesser LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
jak@klafterolsen.com
slesser@klafterolsen.com
frudich@klafterolsen.com
michael.reed@klafterolsen.com
Counsel for Plaintiff
Michael Brown

Robert N. Kaplan, Esq.
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
rkaplan@kaplanfox.com
Counsel for Plaintiff
Michael Brown

Michael D. Marston, Esq.
Garrick T. Lankford, Esq.
Botkin & Hall, LLP
105 East Jefferson Boulevard, Suite 400
South Bend, Indiana 46601
Telephone: (574) 234-3900
Facsimile: (574) 236-2839
mmarston@bhlawyers.net
glankford@bhlawyer.net
Counsel for Defendant
Swagway, LLC