THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL BROWN,<br><br>          Plaintiff,<br><br>     v.<br><br>SWAGWAY, LLC, and MODELL'S SPORTING GOODS, INC.,<br><br>          Defendants. | **DECLARATION IN SUPPORT**<br><br>Civil Action No.  3:15-cv-588<br><br>Class Action |

    1.    I am an attorney at law, admitted *pro hac vice* to practice before this Court, and a Member of Haworth Coleman & Gerstman, LLC, counsel for defendant Modell's Sporting Goods, Inc. ("Modell's").  I am fully familiar with the matters set forth herein.

    2.    This Declaration is submitted in support of Modell's motion for an Order:  (1) dismissing the Complaint in its entirety pursuant to Fed. R. Civ. P. 23, or in the alternative, striking the class allegations pursuant to Fed. R. Civ. P. 12(f) and 23(d)(1)(D); (2) dismissing the claims for injunctive relief pursuant to Fed. R. Civ. P. 12(b)(6); (3) dismissing the Complaint for failure to satisfy the pleading requirements of Fed. R. Civ. P. 9(b); (4) dismissing the Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2); and (5) dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(3), as venue is improper; or in the alternative, transferring venue to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404 and the doctrine of *forum non conveniens*; or (6) requiring plaintiff to provide a more definite statement as to all causes of action against Modell's pursuant to Fed. R. Civ. P. 12(e).

3. True and accurate copies of the following exhibits are submitted in support of this motion:

**Exhibit A:** Plaintiff's Summons and Complaint; and

**Exhibit B:** The Declaration of Mark Aarons.

4. For the reasons set forth in the accompanying Memorandum of Law, Modell's motion should be granted in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 29, 2016

HAWORTH COLEMAN & GERSTMAN, LLC

_____
By: Scott Haworth, Esq.
Abigail Rossman, Esq.
Counsel for Defendant
MODELL'S SPORTING GOODS, INC.
45 Broadway, 21st Floor
New York, New York 10006
Telephone: (212) 952-1100
Facsimile: (212) 952-1110
scott.haworth@hcglawfirm.com
abigail.rossman@hcglawfirm.com

/s/ William K. McVisk
Local Counsel for Defendant
MODELL'S SPORTING GOODS, INC.
Johnson & Bell Ltd
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
Telephone: (312) 372-0770
Facsimile: (312) 372-9818
mcviskw@jbltd.com

TO: (via ECF)

Irwin B. Levin, Esq.
Richard E. Shevitz, Esq.
Vess A. Miller, Esq.
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com
Counsel for Plaintiff
Michael Brown

Jeffrey A. Klafter, PHV
Seth R. Lesser, PHV
Fran L. Rudich, PHV
Michael H. Reed, Esq.
Klafter Olsen & Lesser LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
jak@klafterolsen.com
slesser@klafterolsen.com
frudich@klafterolsen.com
michael.reed@klafterolsen.com
Counsel for Plaintiff
Michael Brown

Robert N. Kaplan, Esq.
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
rkaplan@kaplanfox.com
Counsel for Plaintiff
Michael Brown

Michael D. Marston, Esq.
Garrick T. Lankford, Esq.
Botkin & Hall, LLP
105 East Jefferson Boulevard, Suite 400
South Bend, Indiana 46601
Telephone: (574) 234-3900
Facsimile: (574) 236-2839
mmarston@bhlawyers.net
glankford@bhlawyer.net
Counsel for Defendant
Swagway, LLC