HAWORTH COLEMAN & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, New York 10006
Telephone: (212) 952-1100
Fax: (212) 952-1110
Attorneys for Defendant
MODELL'S SPORTING GOODS, INC.

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL BROWN,<br>               Plaintiff,<br><br>v.<br><br>SWAGWAY, LLC, and MODELL'S SPORTING GOODS, INC.,<br>               Defendants. | Civil Action No. 3:15-cv-588<br><br>Class Action<br><br>DECLARATION OF MARK AARONS IN SUPPORT OF MOTION |

I, Mark Aarons, declare under penalty of perjury that the foregoing is true and correct:

    1.    I am Vice President and Deputy General Counsel for Modell's Sporting Goods, Inc. ("Modell's"). As such, I am fully familiar with the facts set forth herein.

    2.    Modell's is incorporated in the State of Delaware and maintains its principle place of business at 498 Seventh Avenue, 20th Floor, New York, New York.

    3.    Modell's operates stores in 10 states within the northeastern United States and the District of Columbia. Modell's does not operate a single store in the State of Indiana.

    4.    Modell's operates a website for the sale of products at www.modell's.com. The website does not target customers in a specific state or geographic region.

    5.    Total internet orders shipped by Modell's to consumers in the State of Indiana during 2015 represent less than one quarter of one percent ($\leq.0025$) of all Modell's sales orders.

    6.    Modell's sold Swagway Hoverboards through its stores and on its website.

7. Modell's purchased Swagway Hoverboards from Swagway LLC pursuant to purchase orders and Indemnification Agreement.

8. Modell's does not accept delivery from Swagway of Hoverboards in the State of Indiana.

9. Modell's did not attend any meetings relating the Swagway Hoverboards in the State of Indiana.

10. Modell's does not own, lease or otherwise use any real estate in the State of Indiana.

11. Modell's does not maintain bank accounts in the State of Indiana.

12. Modell's does not operate any businesses or maintain any employees in the State of Indiana.

13. Modell's does not advertise or target sales in the State of Indiana.

14. Modell's is not registered, certified or licensed to do business in the State of Indiana.

15. Modell's does not offer any services to customers in the State of Indiana.

Executed On February 26, 2016

_____
Mark Aarons
V.P. & Deputy General Counsel
Modell's Sporting Goods, Inc.

2