# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL BROWN, <br><br>　　　　　　　Plaintiff, <br><br> v. <br><br> SWAGWAY, LLC, and <br> MODELL'S SPORTING GOODS, INC., <br><br>　　　　　　　Defendants. | Case No. 3:15-cv-00588-JVB-CAN |

## DEFENDANT SWAGWAY, LLC'S MOTION TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS AND MOTION TO DISMISS PLAINTIFF'S UNJUST ENRICHMENT CLAIM AND CLAIM FOR INJUNCTIVE RELIEF

　　　Pursuant to Federal Rule of Civil Procedure 23(d)(1)(D), Defendant Swagway, LLC moves to strike Plaintiff Michael Brown's class allegations. Brown's allegations are insufficient to plead a class action, Brown cannot represent a nationwide class due to significant variations in state law, and Brown cannot represent statewide classes.

　　　Pursuant to Rule 12(b)(6), Defendant Swagway, LLC moves to dismiss Plaintiff Michael Brown's unjust enrichment claim and claim for injunctive relief. New York law does not recognize Brown's unjust enrichment claim because it is duplicative of his other causes of action and Brown cannot pursue injunctive relief because he does not intend to purchase the product at issue in the future.

By:   <u>s/Darren A. Craig</u>
     Nicholas C. Pappas, #16164-49
     Darren A. Craig, #25534-49
     FROST BROWN TODD LLC
     201 North Illinois Street, Suite 1900
     P.O. Box 44961
     Indianapolis, IN 46244-0961
     Telephone:     (317) 237-3800
     Facsimile:      (317) 237-3900
     Email:            npappas@fbtlaw.com
                   dcraig@fbtlaw.com

Garrick T. Lankford
Michael D. Marston
BOTKIN & HALL LLP
105 E. Jefferson Blvd. Suite 400
South Bend, IN 46601
Telephone:     (574) 234-3900
Facsimile:      (574) 236-2839
Email:            glankford@bhlawyers.net
             mmarston@bhlawyers.net

Attorneys for Defendant Swagway, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          s/Darren A. Craig
                                                           Darren A. Craig

0117859.0634630   4823-6519-7102v1