IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>SWAGWAY, LLC,<br><br>    Defendant. | Case No. 3:15-cv-00588-JED-MGG |

**MOTION TO STAY DISCOVERY PENDING DECISION ON DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO DISQUALIFY AND REVOKE *PRO HAC VICE* ADMISSION**

Defendant Swagway, LLC moves this Court to issue a limited stay of discovery pending Swagway's Motion to Dismiss or, Alternatively, Motion to Disqualify and Revoke *Pro Hac Vice* Admission, staying all discovery except any discovery necessary to resolve that motion.

The grounds for this Motion are set forth more completely in the brief that Swagway has filed in support of this Motion.

FROST BROWN TODD LLC

By: s/Darren A. Craig
Nicholas C. Pappas, #16164-49
Darren A. Craig, #25534-49
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone:    (317) 237-3800
Facsimile:    (317) 237-3900
Email:    npappas@fbtlaw.com
          dcraig@fbtlaw.com

Attorneys for Defendant Swagway, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                          s/Darren A. Craig
                                                                            Darren A. Craig

0117859.0634630   4820-5101-9109v1