**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| MICHAEL BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>SWAGWAY, LLC,<br><br>    Defendant. | Case No. 3:15-cv-00588-JED-MGG |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Michael Brown and Defendant Swagway, LLC, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit, with prejudice, each side to bear its own costs and fees except as otherwise agreed.

 /s/Vess A. Miller  
Irwin B. Levin, #8786-49  
Richard E. Shevitz, #2007-49  
Vess A. Miller, #26495-53  
Cohen & Malad, LLP  
One Indiana Square, Suite 1400  
Indianapolis, IN 46204  
Telephone:   (317) 636-6481  
Facsimile:   (317) 636-2593  
ilevin@cohenandmalad.com  
vmiller@cohenandmalad.com  
rshevitz@cohenandmalad.com  

Jeffrey A. Klafter, *pro hac vice*  
Seth R. Lesser, *pro hac vice*  
Fran L. Rudich, *pro hac vice*  
Michael H. Reed, *pro hac vice*  
Klafter Olsen & Lesser LLP  
Two International Drive, Suite 350  
Rye Brook, NY  10573  
Telephone:   (914) 934-9200  
Facsimile:   (914) 934-9220  

 /s/Darren A. Craig  
Nicholas C. Pappas, #16164-49  
Darren A. Craig, #25534-49  
201 North Illinois Street, Suite 1900  
P.O. Box 44961  
Indianapolis, IN 46244-0961  
Telephone:   (317) 237-3800  
Facsimile:   (317) 237-3900  
npappas@fbtlaw.com  
dcraig@fbtlaw.com  

*Attorneys for Defendant Swagway, LLC*

1

jak@klafterolsen.com
slesser@klafterolsen.com
frudich@klafterolsen.com
michael.reed@klafterolsen.com

Robert N. Kaplan, *pro hac vice*
Hae Sung Nam, *pro hac vice*
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY  10022
Telephone:     (212) 687-1980
Facsimile:     (212) 687-7714
rkaplan@kaplanfox.com
hnam@kaplanfox.com

*Attorneys for Plaintiff Michael Brown*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Vess A. Miller

0117859.0634630 4825-9854-9131v1